ABRAHAM BAUMWALD, Respondent, *v.* TWO STAR LAUNDRY SERVICE, INC., et al., Defendants, and JACOB LEIMAN, Appellant.

(Argued June 15, 1932; decided July 19, 1932.)

*Jacob Leiman,* appellant in person.

*Zarah Williamson, George Goldberg* and *William Gold* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.